UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 NOV 29  P 4: 41

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| | |
|---|---|
| Bin Li | ) |
| | ) |
| Plaintiff, | ) Case No.: C 07-05564 HRL |
| | ) |
| vs. | ) |
| | ) |
| *Michael Chertoff*, Secretary of the Department of Homeland Security; *Emilio T. Gonzalez*, Director of the U.S. Citizenship & Immigration Services; *Robert S. Mueller*, Director of Federal Bureau of Investigation; | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### Question on Certificate of Service

Dear Honorable judge,

I, Bin Li, on November 5, 2007 served

1. The summons,
2. A copy of PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT,
3. A copy of the handbook entitled *Dispute Resolution Procedures in the Northern District of California*,
4. A copy of the Order Setting Initial Case Management Conference and ADR Deadlines,
5. Standing Orders of the assigned judge,
6. The form for preparing a Case Management Statement,
7. A copy of the form CONCENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE,
8. A copy of the ADR Certification form,
9. ECF Registration Information Handout,

on each person listed below addressed as follows by **certified mail with return receipt requested**:

1. Certified Mail # 7007 0710 0001 0662 2221
US Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530
(Have got the return receipt)

2. Certified Mail # 7007 0710 0001 0662 2207
Civil Division, US Attorney's Office, Northern District of CA
450 Golden Gate Ave
San Francisco, CA 94102
(Have got the return receipt)

3. Certified Mail # 7007 0710 0001 0662 2191
Robert S. Mueller, Director of FBI
935 Pennsylvania Ave, NW
Washington, DC 20535-0001
(**Have not got the return receipt yet**. USPS tracking system shows it was already delivered on November 9, 2007.

4. Certified Mail # 7007 0710 0001 0662 2214
Michael Chertoff, Secretary of USDHS
Office of General Counsel, USDHS
Washington, DC 20528
(**Have not got the return receipt yet**. USPS tracking system shows it was already delivered on November 9, 2007.

5. Certified Mail # 7007 0710 0001 0662 2184
Emilio T. Gonzalez, Director of USCIS
c/o Office of the General Counsel, USDHS
Washington, DC 20528
(**Have not got the return receipt yet**. USPS tracking system shows it was already delivered on November 9, 2007.

My question is: Is the return receipt required when serving a defendant? The *Handbook For Litigants Without a Lawyer* mentions using certified mail, but does not mention requesting return receipt at all. I checked with the post office where I sent the letters. They told me that it was up to the recipient to send the return receipt or not. Since the tracking system shows that the letters were already delivered twenty days ago and I have not got the three requested return receipts, I am afraid I will not get them. Please advise.

Dated: November 29, 2007

Bin Li
Plaintiff, **PRO SE**
41686 Joyce Avenue
Fremont, CA 94539
Telephone (510) 3665220 (Cell)
lb_blb@hotmail.com