UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

| | | |
|---|---|---|
| Bin Li | ) | 2007 NOV 29 P 4: 39 |
| | ) | |
| Plaintiff, | ) | Case No. C 07-05564 HRL |
| | ) | RICHARD W. WIEKING |
| vs. | ) | CLERK |
| | ) | U.S. DISTRICT COURT |
| ▓▓▓▓▓▓▓, Secretary | ) | NO. DIST. OF CA. S.J |
| of the Department of Homeland Security; | ) | |
| *Emilio T. Gonzalez*, Director of the U.S. | ) | |
| Citizenship & Immigration Services; | ) | |
| *Robert S. Mueller*, Director of Federal | ) | |
| Bureau of Investigation; | ) | |
| | ) | |
| Defendants. | ) | |

## Certificates of Services

I, Bin Li, certify that on November 5, 2007, I served

1. The summons,
2. A copy of PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT,
3. A copy of the handbook entitled *Dispute Resolution Procedures in the Northern District of California*,
4. A copy of the Order Setting Initial Case Management Conference and ADR Deadlines,
5. Standing Orders of the assigned judge,
6. The form for preparing a Case Management Statement,
7. A copy of the form CONCENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE,
8. A copy of the ADR Certification form,
9. ECF Registration Information Handout,

on each person listed below addressed as follows by certified mail with return receipt requested:

1. Certified Mail # 7007 0710 0001 0662 2221
US Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530

(Have got the return receipt)

2. Certified Mail # 7007 0710 0001 0662 2207
Civil Division, US Attorney's Office, Northern District of CA
450 Golden Gate Ave
San Francisco, CA 94102

(Have got the return receipt)

3. Certified Mail # 7007 0710 0001 0662 2191
Robert S. Mueller, Director of FBI
935 Pennsylvania Ave, NW
Washington, DC 20535-0001

(Have not got the return receipt yet. USPS tracking system shows it was already delivered on November 9, 2007. **Please do let me know if I need to submit the above documents again.**)

4. Certified Mail # 7007 0710 0001 0662 2214
Michael Chertoff, Secretary of USDHS
Office of General Counsel, USDHS
Washington, DC 20528

(Have not got the return receipt yet. USPS tracking system shows it was already delivered on November 9, 2007. **Please do let me know if I need to submit the above documents again.**)

5. Certified Mail # 7007 0710 0001 0662 2184
Emilio T. Gonzalez, Director of USCIS
c/o Office of the General Counsel, USDHS
Washington, DC 20528

(Have not got the return receipt yet. USPS tracking system shows it was already delivered on November 9, 2007. **Please do let me know if I need to submit the above documents again.**)


I also served the form CONCENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE signed by me to the court by certified mail with return receipt requested:

Certified Mail # 7007 0710 0001 0662 2238
Attn: Clerk
U.S. District Court, Northern District of CA
280 South 1st Street
San Jose, CA 95113

(Have got the return receipt)

       I declare under penalty of perjury that the foregoing information is true and correct.

Dated: November 27, 2007

Bin Li
Plaintiff, **PRO SE**
41686 Joyce Avenue
Fremont, CA 94539
Telephone (510) 3665220 (Cell)
lb_blb@hotmail.com

PS: Attached are the copies of the certified mail receipts, return receipts, and the USPS tracking results.


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0001 0662 2214**
Status: **Delivered**

Your item was delivered at 7:30 AM on November 9, 2007 in WASHINGTON, DC 20528.

Additional Details >    Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA