# UNITED STATES DISTRIC COURT
## NORTHERN DISTRICT OF CALIFORNIA FILED

Bin Li                                    )          2007 NOV 30 P 4: 18
                                          )
                   Plaintiff,             )          Case No. C 07 05564 HRL
                                          )                   CLERK
vs.                                       )          U.S. DISTRICT COURT
                                          )          NO. DIST OF CA. S.J.
*Michael Chertoff*, Secretary             )
  of the Department of Homeland Security; )
*Emilio T. Gonzalez*, Director of the U.S. )
Citizenship & Immigration Services;       )
*Robert S. Mueller*, Director of Federal  )
Bureau of Investigation;                  )
                                          )
                   Defendants.            )

## Proof of Service

I, Bin Li, certify that on November 27, 2007, a true copy of the certificates of services was sent by certified mail with return receipt requested to

Certified Mail # 7007 0710 0001 0661 5162
Attn: Ila Deiss
Assistant US Attorney
US Attorney's Office, Northern District of CA
450 Golden Gate Ave
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: November 27, 2007

Bin Li
Plaintiff, **PRO SE**
41686 Joyce Avenue
Fremont, CA 94539
Telephone (510) 3665220 (Cell)
lb_blb@hotmail.com