```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIN LI, | ) |
| | ) No. C 07-5564 HRL |
| Plaintiff, | ) |
| | ) |
| v. | ) **CONSENT TO MAGISTRATE JUDGE** |
| | ) **JURISDICTION** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of the | ) |
| U.S. Citizenship and Immigration Services; | ) |
| ROBERT S. MUELLER, Director of | ) |
| Federal Bureau of Investigation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 4, 2008                     Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                                  /s/
                                           _____
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorneys for Defendants

Consent to Magistrate Jurisdiction
C07-5564 HRL                                1

**CERTIFICATE OF SERVICE**

<u>Li, Bin v. Chertoff, et al.</u>, No. 07-5564 HRL

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**CONSENT TO MAGISTRATE JURISDICTION**

to be served this date on the party(ies) in this action, by placing the true copy thereof, addressed as follows:

Bin Li
41686 Joyce Avenue
Fremont, CA 94539

✔   First Class Mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with the office's practice.

____   Facsimile (FAX) Telephone No.

____   Personal Service (Messenger)

____   Federal Express

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 4, 2008         _____/s/_____
                               TIFFANI CHIU
                               Paralegal Specialist