1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BIN LI,                                    )
                                           ) No. C 07-5564 HRL
          Plaintiff,                       )
                                           )
     v.                                    ) **ANSWER**
                                           )
MICHAEL CHERTOFF, Secretary of the         )
Department of Homeland Security;           )
EMILIO T. GONZALEZ, Director of the        )
U.S. Citizenship and Immigration Services; )
ROBERT S. MUELLER, Director of             )
Federal Bureau of Investigation,           )
                                           )
          Defendants.                      )
_____)

   Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus and Declaratory Judgment.

   1. Paragraph One consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny that they have improperly withheld action on Plaintiff's application to his detriment.

**PARTIES**

   2. Defendants admit the allegations in Paragraph Two.

   3. Defendants admit the allegations in Paragraph Three.

   4. Defendants admit the allegations in Paragraph Four.

ANSWER
C07-5564 HRL                                    1

5. Defendants admit the allegations in Paragraph Five.

**JURISDICTION**

6. Paragraph Six consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

**VENUE**

7. Paragraph Seven consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

**EXHAUSTION OF REMEDIES**

8. Defendants deny the allegations in Paragraph Eight.

**CAUSE OF ACTION**

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the first two sentences in Paragraph Ten; however, Defendants are without sufficient information to admit or deny the remaining allegations.

11. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eleven.

12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve.

13. Paragraph Thirteen consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph Thirteen.

14. Defendants deny the allegations in Paragraph Fourteen.

15. Defendants deny the allegations in Paragraph Fifteen.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen.

   (a) Defendants admit the allegations in Paragraph Sixteen subsection a.

   (b) Defendants are without sufficient information to admit or deny the allegations in

1  Paragraph Sixteen subsection b.

2  17. Defendants deny the allegations in Paragraph Seventeen.

3  18. Paragraph Eighteen consists of Plaintiff's characterizations of the lawsuit for which no
4  answer is necessary; however, to the extent a response is deemed to be required, Defendants deny
5  the allegations in Paragraph Eighteen.

**PRAYER**

7  19. Paragraph Nineteen consists of Plaintiff's prayer for relief, to which no admission or
8  denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny
9  these paragraphs.

FIRST AFFIRMATIVE DEFENSE

11  The court lacks jurisdiction over the subject matter of this action.

SECOND AFFIRMATIVE DEFENSE

13  The Complaint fails to state a claim against the Defendants upon which relief can be granted.

THIRD AFFIRMATIVE DEFENSE

15  No acts or omissions by the United States or its employees were the proximate cause of any
16  injury or damages to the Plaintiff.

FOURTH AFFIRMATIVE DEFENSE

18  At all times alleged in the complaint, Defendants were acting with good faith, with
19  justification, and pursuant to authority.

FIFTH AFFIRMATIVE DEFENSE

21  Defendants are processing the applications referred to in the Complaint to the extent possible
22  at this time. Accordingly, no relief as prayed for is warranted.

SIXTH AFFIRMATIVE DEFENSE

24  Defendants' delay is not unreasonable as a matter of law.

25  ///
26  ///

ANSWER
C07-5564 HRL                                    3

1     WHEREFORE, Defendants pray for relief as follows:

2     That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

5 Dated: January 4, 2008                        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                                     /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C07-5564 HRL                                4

**CERTIFICATE OF SERVICE**

<u>Li, Bin v. Chertoff, et al.</u>, No. 07-5564 HRL

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**ANSWER**

to be served this date on the party(ies) in this action, by placing the true copy thereof, addressed as follows:

Bin Li
41686 Joyce Avenue
Fremont, CA 94539

✔  First Class Mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with the office's practice.

\_\_\_\_  Facsimile (FAX) Telephone No.

\_\_\_\_  Personal Service (Messenger)

\_\_\_\_  Federal Express

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 4, 2008                     _____/s/_____
                                           TIFFANI CHIU
                                           Paralegal Specialist

ANSWER
C07-5564 HRL                5