1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, #400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Bin Li
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                              **SAN JOSE DIVISION**
11

12 **Bin Li**                                      )  Case No. C 07-05564 HRL
                                                   )
13                 Plaintiff,                      )
                                                   )
14         v.                                      )
                                                   )
15                                                 )  **Notice of Appearance**
                                                   )
16 **Michael Chertoff**, Secretary of the          )
   Department of Homeland Security;                )  **Immigration Case**
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;           )
18 **Robert S. Mueller III**, Director of the Federal )
   Bureau of Investigation                         )
19                                                 )
                                                   )
20              Defendants                         )
                                                   )
21                                                 )
                                                   )
22

23 Notice is hereby given of the entry of the undersigned as counsel for Plaintiff in the above-

24 entitled action.  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers,

25 and other material relevant to this action should be directed to and served upon:

26 ///

27 ///

28 ///

   Case No. C 07-05564 HRL                 1
   Notice of Appearance

1  Justin G. Fok, Esq.

2  Law Offices of Jean D. Chen
3  2107 N. 1st Street, #400
   San Jose, CA 95131
4  Telephone: (408) 437-1788
   Facsimile:  (408) 437-9788
5  Email: jfok@jclawoffice.com

6

7  Dated: January 11, 2008                      _____/s/_____
                                                Justin G. Fok
8                                               Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-05564 HRL            2
Notice of Appearance