Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Bin Li

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Bin Li** | Case No. C 07-05564 HRL |
| Plaintiff, | |
| v. | **JOINT MOTION FOR CHANGE OF VENUE; AND [PROPOSED] ORDER** |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **Robert S. Mueller III**, Director of the Federal Bureau of Investigation | |
| Defendants | |

Plaintiff by and through his attorney of record, and Defendants by and through their attorneys of record, hereby move this Court for a change of venue, should the Court deem it necessary, due to the following facts:

1. Plaintiff filed this case pro se at the San Jose division of the Northern District of California on November 1, 2007.

2. Plaintiff is a resident of Alameda County, CA, and should have field this case in either

Case No. C 07-05564 HRL                              1
Joint Motion for Change of Venue; and [Proposed] Order

1    the San Francisco or Oakland division of the Northern District.
2    The parties move for a change of venue only if the Court deems that one is necessary;
3 otherwise, both parties have no objection to continuing this action before the Honorable Judge
4 Lloyd in the San Jose division.

7 Dated: January 24, 2008                                             Respectfully Submitted,

9                                                                                   ____/s/_____
                                                                                    Justin Fok, CA Bar: 242272
10                                                                                  Attorney for Plaintiffs

13 Dated:  January 24, 2008                                           ____/s/_____
                                                                                    Ila C. Deiss
14                                                                                  Assistant United States Attorney
                                                                                    Attorneys for Defendants

20 ///
21 ///
22 ///

Case No. C 07-05564 HRL                    2
Joint Motion for Change of Venue; and [Proposed] Order

**ORDER**

This Court deems that a change of venue is not necessary for this action. This case shall remain before this Court, IT IS SO ORDERED.

Date:

_____
Howard R Lloyd
United States Magistrate Judge

**ORDER**

This Court deems that a change venue is necessary, and pursuant to the parties' motion, this case is transferred to the _____ division of the Northern District of California, IT IS SO ORDERED.

Date:

_____
Howard R Lloyd
United States Magistrate Judge