1 | Justin Fok, Esq., CA Bar: 242272
2 | Law Offices of Jean D. Chen
3 | 2107 N. First Street, Suite 400
  | San Jose, CA 95131
4 | Telephone: (408) 437-1788
  | Facsimile:  (408) 437-9788
5 | Email: jfok@jclawoffice.com

6 | Attorney for Plaintiff
  | Bin Li

**E-FILED 2/11/2008**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Bin Li** | Case No. C 07-05564 HRL |
| Plaintiff, | |
| v. | **JOINT MOTION FOR CHANGE OF VENUE; AND [PROPOSED] ORDER** |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; | |
| **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | |
| **Robert S. Mueller III**, Director of the Federal Bureau of Investigation | |
| Defendants | |

   Plaintiff by and through his attorney of record, and Defendants by and through their attorneys of record, hereby move this Court for a change of venue, should the Court deem it necessary, due to the following facts:

1. Plaintiff filed this case pro se at the San Jose division of the Northern District of California on November 1, 2007.
2. Plaintiff is a resident of Alameda County, CA, and should have field this case in either

the San Francisco or Oakland division of the Northern District.

The parties move for a change of venue only if the Court deems that one is necessary; otherwise, both parties have no objection to continuing this action before the Honorable Judge Lloyd in the San Jose division.

Dated: January 24, 2008                                Respectfully Submitted,


_____/s/_____
Justin Fok, CA Bar: 242272
Attorney for Plaintiffs


Dated:  January 24, 2008                               _____/s/_____
Ila C. Deiss
Assistant United States Attorney
Attorneys for Defendants

///
///
///

Case No. C 07-05564 HRL                2
Joint Motion for Change of Venue; and [Proposed] Order

**ORDER**

**Insofar as the parties indicate that they waive any defect in venue,**

This Court deems that a change of venue is not necessary for this action. This case shall remain before this Court, IT IS SO ORDERED.

Date:    February 11, 2008

_____
Howard R Lloyd
United States Magistrate Judge

~~ORDER~~

~~This Court deems that a change venue is necessary and pursuant to the parties' motion this case is transferred to the XXXXXXXXX division of the Northern District California, IT IS SO ORDERED.~~

~~Date:~~

_____
~~Howard R Lloyd~~
~~United States Magistrate Judge~~