1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   BIN LI,                         )
12                                 )   No. C 07-5564 HRL
                  Plaintiff,       )
13                                 )
            v.                     )   **PARTIES' JOINT REQUEST TO BE**
14                                 )   **EXEMPT FROM FORMAL ADR**
   MICHAEL CHERTOFF, Secretary of the )   **PROCESS**
15 Department of Homeland Security; )
   EMILIO T. GONZALEZ, Director of the )
16 U.S. Citizenship and Immigration Services; )
   ROBERT S. MUELLER, Director of  )
17 Federal Bureau of Investigation, )
                                   )
18                Defendants.      )
                                   )
19

20      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

21 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

22 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

23 options provided by the court and private entities, and considered whether this case might benefit

24 from any of them.

25      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

26 mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

27 the application for adjustment of status. Given the substance of the action and the lack of any

28 potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

Parties' Joint Request to be Exempt from ADR
C07-5564 HRL                        1

1  court resources.

2      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

3  ADR Multi-Option Program and that they be excused from participating in the ADR phone

4  conference and any further formal ADR process.

5  Dated: January 25, 2008                    Respectfully submitted,

6                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
7

8                                                    /s/
                                              _____
9                                             ILA C. DEISS[1]
                                              Assistant United States Attorney
                                              Attorneys for Defendants
10

11
   Dated: January 25, 2008                            /s/
                                              _____
12                                            JUSTIN FOK
                                              Attorney for Plaintiff
13

14
                                    ORDER
15
           Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
16
   ADR Multi-Option Program and are excused from participating in the ADR phone conference and
17
   any further formal ADR process.
18
   SO ORDERED.
19
   Dated:                                     _____
20                                            HOWARD R. LLOYD
                                              United States Magistrate Judge
21

22

23

24

25

26  _____

27      [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28  indicated by a "conformed" signature (/s/) within this efiled document.

Parties' Joint Request to be Exempt from ADR
C07-5564 HRL                          2