Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Bin Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Bin Li** | Case No. C 07-5564 HRL |
| Plaintiff, | |
| v. | |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **Robert S. Mueller III**, Director of the Federal Bureau of Investigation, | **JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER** |
| Defendants. | |

**1. Jurisdiction and Service**

The basis asserted by Plaintiff for this Court's jurisdiction is 28 U.S.C. § 1361, 28 U.S.C. § 1331, and 5 U.S.C. §§ 551, 702.  The parties do not dispute that venue is proper in this district.

No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2.  Facts**

Plaintiff is a native of China who applied to adjust his status to lawful permanent residence with

the United States Citizenship and Immigration Services (USCIS) on August 18, 2005. The USCIS has yet to adjudicate Plaintiff's I-485 application. The plaintiff filed an action, pro se, on November 1, 2007, seeking an order from this Court directing USCIS to adjudicate his I-485 application. Counsel for Plaintiff filed a Notice of Appearance on January 11, 2008.

**3. Legal Issues**

1. Whether this Court should dismiss the plaintiff's action for failure to state a claim and for lack of subject matter jurisdiction.

2. Whether the delay in the adjudication of Plaintiff's I-485 application is unreasonable.

**4. Motions**

No motions have been filed. If necessary, the parties shall file cross-motions for summary judgment.

**5. Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence Preservation**

The parties do not have any evidence that falls within this category.

**7. Disclosures**

The parties believe that review will be confined to the administrative record and thus the disclosure requirements of Fed. R. Civ. P. 26 do not apply.

**8. Discovery**

The parties do not intend to take any discovery in this case.

**9. Class Actions**

N/A

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

The plaintiff asks this Court to direct the USCIS to adjudicate his I-485 application within 60 days of receiving the Court's order.

**12. Settlements and ADR**

Case No. C 07-05564 HRL                    2
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

On February 12, 2008, the parties filed a request to be excused from the formal ADR process for this case. At this time, the parties believe that there is a possibility of settling this case in light of the following facts:

1. On February 4, 2008, Michael Aytes, Associate Director of Domestic Operations for the USCIS, issued an Interoffice Memorandum ("Aytes Memorandum") that established revised guidance on how the USCIS should process I-485 applications that are waiting for FBI name check clearance.
2. This revised guidance dictates that if an I-485 application is otherwise approvable, and the FBI name check has been pending for more than 180 days, the USCIS shall grant approval for that application.
3. At this time, both parties believe that Plaintiff's case falls into the category contemplated by the Aytes Memorandum, and there is a possibility that Plaintiff's I-485 case may be resolved shortly.

Therefore, to allow more time for the USCIS to determine Plaintiff's eligibility for I-485 approval based on the Aytes Memorandum, the parties respectfully request that the Court hold this case in abeyance for a period of 60 days, until April 14, 2008. During this period, if Plaintiff's I-485 application is decided upon, the parties shall file a stipulated dismissal. If not, the parties shall file an appropriate report. If the plaintiff wishes to proceed, the parties shall file cross-motions for summary judgment based on the schedule below.

**13. Consent to Magistrate Judge for All Purposes**

The parties have already consented to proceed before a Magistrate Judge.

**14. Other References**

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial, and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

If the parties are unable to settle this case within the 60-day abeyance period, the parties believe this case can be resolved on cross-motions for summary judgment.

**17. Scheduling**

The parties will notice and move for summary judgment with the following proposed due dates:

    Parties' cross-motions for summary judgment:    April 22, 2008

    Parties' opposition motions:    May 6, 2008

The Parties respectfully request that the Court take this matter under submission based on the above motions and that no summary judgment hearing be held for this case. Should the Court deem that a hearing is necessary, the parties propose a summary judgment hearing date of May 20, 2008.

**18. Trial**

The parties do not anticipate the need for a trial in this case.

**19. Disclosure of Non-Party Interested Entities or Persons**

The Plaintiff has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

///
///
///

Respectfully Submitted By Counsel for Both Parties:

Dated: February 12, 2008                         _____/s/_____
                                                 Justin G. Fok[1]
                                                 Law Offices of Jean D. Chen
                                                 Attorney for Plaintiff


Dated: February 12, 2008                         _____/s/_____
                                                 Ila C. Deiss
                                                 Assistant United States Attorney
                                                 Attorney for Defendants

## ORDER

The Case Management Statement and Proposed Order are hereby adopted as the Case Management Order for the case and the parties are hereby ordered to comply with this order.

Dated: _____                           _____
                                                 Howard R. Lloyd
                                                 United States Magistrate Judge

---

[1] I, Justin Fok, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) withing this efiled document.

Case No. C 07-05564 HRL                          5
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER