JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIN LI, | ) |
|               Plaintiff, | ) No. C 07-5564 HRL ) |
| v. | ) **STIPULATION TO DISMISS AND** ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) ) ) ) ) ) ) |
|               Defendants. | ) ) |

    Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

///

///

Stipulation to Dismiss
C07-5564 HRL                                    1

| | |
|---|---|
| 1 | Each of the parties shall bear their own costs and fees. |
| 2 | Dated: April 14, 2008                    Respectfully submitted, |
| 3 |                                          JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 5 |                                          _____/s/_____ |
| 6 |                                          ILA C. DEISS[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 9 | Date: April 11, 2008                     _____/s/_____<br>JUSTIN FOK<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C07-5564 HRL                                    2