1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division                              *ORDER E-FILED 4/16/2008*
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                           UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN JOSE DIVISION
11
   BIN LI,                              )
12                                      ) No. C 07-5564 HRL
                   Plaintiff,           )
13                                      )
              v.                        ) **STIPULATION TO DISMISS AND**
14                                      ) **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary of the   )
15 Department of Homeland Security;     )
   EMILIO T. GONZALEZ, Director of the  )
16 U.S. Citizenship and Immigration Services; )
   ROBERT S. MUELLER, Director of       )
17 Federal Bureau of Investigation,     )
                                        )
18                 Defendants.          )
                                        )
19

20      Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

22 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

23 ///

24 ///

25 ///

26 ///

27 ///

28
   Stipulation to Dismiss
   C07-5564 HRL                              1

1  Each of the parties shall bear their own costs and fees.

2  Dated: April 14, 2008                    Respectfully submitted,

3                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
4

5                                            _____/s/_____
                                             ILA C. DEISS[1]
6                                            Assistant United States Attorney
                                             Attorneys for Defendants
7

8
                                             _____/s/_____
9  Date: April 11, 2008                      JUSTIN FOK
                                             Attorney for Plaintiff
10

11                          **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13
    Date:   April 16, 2008
14                                           _____
                                             HOWARD R. LLOYD
15                                           United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.